# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE, AN UNINCORPORATED ASSOCIATION, BY JOSEPH S. SULLIVAN AND ANITA SULLIVAN,  JENNA L. DEBORD, AND PATRICIA R. BELTZ, TRUSTEES AD LITEM, AND/OR AS MEMBERS OF ERIE INSURANCE EXCHANGE | : | No. 90 WAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA INSURANCE DEPARTMENT | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: ERIE INDEMNITY COMPANY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.  The Application for Leave to File Reply Brief is **DENIED**.